UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-09-015-EFS-10 |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION AND EXTEND CURFEW |
| | ) | |
| RANDY M. LEONG, | ) | ☐   as Moot |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant, Randy Leong, having brought an unopposed Motion to extend his curfew to 11:30 p.m. on the nights of May 8th and 9th 2009, in order to participate in his brother's wedding,

**IT IS ORDERED** that the Defendant's Motion **(Ct. Rec. 686)** is **GRANTED.**  Defendant's release conditions are modified in that his curfew is extended until 11:30 p.m. on the nights of May 8, 2009, and May 9, 2009.

DATED May 8, 2009.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION AND EXTEND CURFEW - 1