UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>RANDY M. LEONG,<br><br>       Defendant. | No. CR-09-015-EFS-10<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO MODIFY CURFEW |

The Defendant, Randy Leong, having brought an unopposed Motion to remove his curfew in order to facilitate his employment:

**IT IS ORDERED** that the Defendant's release conditions are modified in that his curfew requirement is removed.

DATED June 22, 2009.

　　　　　　　　　S/ JAMES P. HUTTON
　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CURFEW - 1