# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

March 11, 2011

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO  Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 1 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

The Honorable Edward F. Shea
U.S. District Judge
Federal Building
825 Jadwin Avenue, Room 190
Richland, WA 99352-3589

RE: **LEONG, Randy**
Docket No: **2:09CR00015-010**
**REQUEST FOR RELEASE FROM**
**RESIDENTIAL REENTRY CENTER**
**(RRC) PLACEMENT**

Dear Judge Shea:

Randy Leong began his placement at the residential reentry center (RRC) on December 9, 2010. Mr. Leong has consistently followed all of the rules and requirements of the RRC facility. As a condition of supervised release at the time of sentencing, the Court sentenced Mr. Leong to 180 days at the RRC with a review at 90 days for early release.

A status report was submitted on March 2, 2011, indicating that Mr. Leong is currently working full-time and has completed several classes while at the RRC. He has been allowed to attend religious services and has earned the privilege of participating in a fitness program. All of his breathalyser tests and random weekly urinalysis tests have been negative. Mr. Leong plans to return to live with his mother.

The undersigned probation officer respectfully recommends that Mr. Leong be released from the RRC program with all other conditions of supervised release to remain in effect. Should the Court require a different course of action or require a court appearance by Mr. Leong, please let me know.

March 11, 2011
Page 2

                    Respectfully submitted,

                    Scott M. Morse, Sr.
                    Chief U.S. Probation Officer

                    <u>s/Anne Sauther</u>     <u>03/11/2011</u>
                    Anne Sauther        Date
                    U.S. Probation Officer

APPROVED BY:

<u>s/Scott M. Morse, Sr.</u>    <u>03/11/2011</u>
Scott M. Morse, Sr.      Date
Chief U.S. Probation Officer

AS:vm


THE COURT ORDERS

[ ] No Action
[X] Release from Residential Reentry Center Placement
[ ] Other

*/s/ Edward F. Shea*
Signature of Judicial Officer

*March 11, 2011*
Date